UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/21
```

Raul Diaz, et al.,

        Plaintiffs,

–v–

Boy Scouts of America, et al.,

        Defendants.

20-cv-1492 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's order dated March 23, 2021, the parties were to submit a joint status letter by July 19, 2021, "advising the Court whether the Bankruptcy Court for the District of Delaware has extended the terms of the Consent Order and, if not, whether the stay in this matter should be lifted." Dkt. No. 18. The Court is not in receipt of a status letter. The parties shall file such a letter on or before August 2, 2021.

    SO ORDERED.

Dated: July 27, 2021
      New York, New York

                                                    _____
                                                    ALISON J. NATHAN
                                                United States District Judge