UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/21

Raul Diaz, et al.,

        Plaintiffs,

–v–

Boy Scouts of America, et al.,

        Defendants.

20-cv-1492 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' notice that the Bankruptcy Court of the District of Delaware has extended the terms of the Consent Order. Dkt. No. 21. The stay in this case therefore remains in effect. The parties are ORDERED to submit a joint status letter by the earlier of October 18, 2021, or "the date of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan." Dkt. No. 21. This letter should advise the Court whether the Bankruptcy Court for the District of Delaware has extended the terms of the Consent Order and, if not, whether the stay in this matter should be lifted.

    SO ORDERED.

Dated: July 30, 2021

                                    ALISON J. NATHAN
                                    United States District Judge
                                    New York, New York